MICHAEL BAILEY
United States Attorney
District of Arizona
COREY J. MANTEI
Assistant United States Attorney
State Bar No.: 029685
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: corey.mantei@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Francisco Rosas-Tecomihua,<br>aka Francisco Rosas,<br><br>        Defendant. | CR20-2179-JAS-EJM<br>20-06031M<br><br>**I N F O R M A T I O N**<br><br>Violation: 8 U.S.C. § 1326(a)<br><br>(Illegal Re-Entry After Deportation)<br><br>(Felony) |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 31, 2020, in the District of Arizona, to wit: at or near Tucson, Francisco Rosas-Tecomihua, aka Francisco Rosas, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Naco, Arizona, on or about August 12, 2006, and not having obtained the express consent of the Attorney General or the Secretary of the Department

///

1  of Homeland Security to reapply for admission thereto; in violation of Title 8, United States
2  Code, Section 1326(a).

4  Dated this __8th__ day of __October__, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

COREY MANTEI
Digitally signed by COREY MANTEI
Date: 2020.10.08 12:34:36 -07'00'

COREY J. MANTEI
Assistant U.S. Attorney