# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Francisco Rosas-Tecomihua,<br><br>　　　　　　Defendant. | No. CR-20-02179-001-TUC-JAS (EJM)<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐　　any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒　any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2. To the extent the probation officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved program for domestic violence.

×  *Francisco Rosas*           × 1/21/2021
Francisco Rosas-Tecomihua      Date
Defendant

*[signature]*           1/21/21
Daniel Moreno      Date
U.S. Probation Officer

## ORDER OF COURT

Considered and ordered this __10th__ day of _____February_____, __2021__ and ordered filed and made a part of the records in the above case.

*[signature]*
The Honorable James A. Soto
U.S. District Judge

- 2 -